■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARNEY SANGEMINO, Appellant. [720 NYS2d 818] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Weissman, J.), rendered April 14, 1997, convicting him of attempted burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's waiver of his right to appeal was valid (*see, People v Moissett,* 76 NY2d 909; *People v Seaberg,* 74 NY2d 1). In light of this waiver, we do not review the defendant's claim that his oral motion to withdraw his plea should have been granted (*see, People v McDowell,* 269 AD2d 608). Bracken, Acting P. J., S. Miller, McGinity and Schmidt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CURTIS S. SHELL, JR., Appellant. [720 NYS2d 818] —Appeal by the defendant from a judgment of the County Court, Dutchess County (Dolan, J.), rendered February 23, 2000, convicting him of robbery in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Ritter, J. P., Krausman, Florio and Feuerstein, JJ., concur.